

**eContactX**
CONTACT INFORMATION & CUSTOMER CARE

Ho | About us | Contact Us | Terms of Service | Contact Details »

Home » Airline Corporations » Kuwait Airways New York Office

# Kuwait Airways New York Office

Posted in Airline Corporations, Contact Details | 0 comments



The best ever website on web where you can get contact information of **Kuwait Airways office in New York**, you can get the required information about lost and found office, online booking and reservation, their city office details and other info like cargo office.



## New York, Us Office Contact Details
### Airport Office

**Address:**
Terminal 4 JFK Int. Airport Jamaica, NY 11430

**Phone Number:**
(718)-751-45500 (718)-751-45551 (718)-751-4556 (arrival & departure

### Like us on Facebook



### Find us on Google+



### About Us

A collection of contact details of renowned corporations all around the world. The organizations, companies, corporations or enterprises also includes the airline services. Almost every airline have their regional, agent, city / town, airport, booking, reservation and local offices, headquarters and branches in every country of the world. They have specifically domestic and international airport offices. The contact information is comprised of address, phone number, email, working / functioning hours, tty, toll free numbers, map (location), directions / paths and fax number. The information is totally valid and meets the general laws of any particular source.

info)

Fax: (718)-751-4560

Note: All the given / provided information is attained from officials. Nobody is allowed to complain their cause to us as we are not responsible.

## US Cargo Info

Phone Number: (718)-553-2840

Fax: (718)-553-5241

Email: nyc@kuwaitairways.com

## US Sales Office

Address:

Parker Plaza 400 Kelby Street, Fort Lee, New Jersey 07024

Phone Number:

(201)-582-9222 (201)-582-9200 (reservation/ticketing)

Fax: (201)-947-8113

Operational Hours:

9:00 AM – 05:30PM (Monday – Friday) 9:00 AM – 5:00 PM (Saturday)

### LSAT Test Prep Sale

Hurry, Special Ends February 12th - Improve Your LSAT Score Now!

Map



Terminal 4
John F. Kennedy International Airport (JFK)    Save
View on Google Maps

## About Kuwait Airways

**Kuwait Airways** is the flag carrier airline of Kuwait. Their head office is located on the grounds of Kuwait International Airport, Al Farwaniyah Governorate. Their schedule to operate international flights services through the Middle East to the Europe, Southeast Asia, North America and Indian subcontinent from its main hub at Kuwait International Airport. It is also a member of the Arab Air Carriers Organization. In March 2009 they had 5,915 employees. After the decision of its new CEO in October 2007 it is half privatized in year 2010, according to him he want this airline to perform better and compete with other successful airlines and airline will not be advance in technology, fleet renewal without privatization. Kuwait Airways Corporation is declared a shareholding company by the Kuwaiti Government and by the approval of Kuwait National Assembly in January 2013.

More About Kuwait Airways

By using our user interaction service you can send us your suggestions and ideas to make our services better for you, also you can send your feedback about the experiences you faced on our Contact Us page.

### 7 For All Mankind®

Shop Men's & Women's
Holiday Denim! All Orders
Ship Free + Easy Returns

Share and Enjoy

Related Contacts:

1. Qatar Airways Houston Office
2. Qatar Airways New York Office
3. Qantas Los Angeles Office
4. Emirates Airlines Beijing Office

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Submit

Designed by www.eContactx.com | Powered by eContactx