

Direct Dial: (212) 894-6792
Direct Fax:  (212) 370-4453
jmaggio@condonlaw.com

November 17, 2015

**VIA ECF**

Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Nektalov v. Kuwait Airways
     Case No.: 15 CV 00033 (JO)
     C&F Ref: JM/8931

Dear Magistrate Judge Orenstein:

We are counsel for defendant Kuwait Airways Corporation ("Kuwait Airways") and write regarding the status conference scheduled for November 19, 2015.

Pursuant to the briefing schedule, defendant's motion to dismiss and plaintiffs' motion for partial summary judgment will be filed with this Court on December 3, 2015.  The parties respectfully request that the status conference currently set for November 19, 2015 be adjourned until the parties' motions have been resolved.  We have conferred with plaintiffs' counsel who has consented to an adjournment.

There have been no requests for adjournments or extensions of this date.

Respectfully Submitted,

CONDON & FORSYTH LLP

*John Maggio*

John Maggio

Honorable James Orenstein
November 17, 2015
Page 2

cc:     Paul E. Kerson, Esq. (via ECF)
        Leavitt & Kerson
        Attorneys for Plaintiffs
        118-35 Queens Blvd. Suite 1205
        Forest Hills, New York  11375

        F. Franklin Amanat, Esq. (via Email)
        Senior Counsel
        United States Attorney's Office
        Eastern District of New York
        271 Cadman Plaza East, 7th Floor
        Brooklyn, NY  11201-1820

        Attorney General Eric T. Schneiderman (Via Mail)
        New York State Attorney General
        120 Broadway
        New York, New York  10271-0332